[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 1215.]

KEEFE, APPELLEE, *v.* YOUNGSTOWN DIOCESE OF THE CATHOLIC CHURCH, APPELLANT.

[Cite as *Keefe v. Youngstown Diocese of the Catholic Church*, 1998-Ohio-247.]

*Appeal dismissed as improvidently allowed.*

(No. 97-1173—Submitted May 12, 1998—Decided June 24, 1998.)

APPEAL from the Court of Appeals for Stark County, No. 1996CA00265.

————————

*Gerald P. Leb* and *Richard W. Shrake II,* for appellee.

*Newman, Olson & Kerr* and *Mary Beth Houser; Lesh, Casner & Miller* and *John R. Frank,* for appellant.

————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————